MARK E. FERRARIO
Nevada Bar No. 01625
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
            whitney.welchkirmse@gtlaw.com

*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LISA LAWATSCH, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>SILVER SAGE WELLNESS, LLC, a limited liability company;<br><br>                    Defendant. | CASE NO. 2:23-cv-01408-CDS-~~VCF~~ MDC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*GREENBERG TRAURIG, LLP*
*10845 Griffith Peak Drive*
*Suite 600*
*Las Vegas, Nevada 89135*
*Telephone: (702) 792-3773*
*Facsimile: (702) 792-9002*

1

Plaintiff Lisa Lawatsch ("Plaintiff"), by and through her counsel of record, the law firm HATFIELD & ASSOCIATES, LTD. and Defendant Silver Sage Wellness, LLC ("Defendant"), by and through its counsel of record, the law firm GREENBERG TRAURIG, LLP, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with FRCP 41(a)(2).

Each party shall bear its own attorney fees and costs of suit.

**IT IS SO STIPULATED.**

DATED this 18th day of March, 2024.

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J. Hatfield*
_____
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
703 S. Eighth Street
Las Vegas, Nevada  89101

***Attorney for Plaintiff***

DATED this 18th day of March, 2024.

**GREENBURG TRAURIG, LLP**

*/s/ Whitney Welch-Kirmse*
_____
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135

***Attorneys for Defendant***

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The pending motion to dismiss [ECF No. 9], motion to compel [ECF No. 20], and counter-motion for protective order [ECF No. 22] are denied without prejudice. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:   March 25, 2024

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ACTIVE 696161009v1